SP 3143 '05

05-599M

**UNITED STATES VS YUAN, QIYAO**
Lockup Nbr: 10
PDID: 0572956
DOB:
CR: 149995

| | | | |
|---|---|---|---|
| Papers | Court File Date | LOCK UP | PDID _____ |
| unt(s) _____ | NOV 1 1 2005 | L-10 | DOB _____ |
| ges Filed _____ | | | CCR _____ |

☐ CITATION   ☐ BOND   ☐ Collateral $ _____   Page _____

DEFENSE COUNSEL   ☐ PRO SE   CODE  S  C  A  R   DATE WITHDRAWN
1. _____
2. _____

PROSECUTOR   CODE   ASSIGNED TO JUDGE
1. _____
2. _____   Cal. Number _____

☐ Defendant informed of rights pursuant to Superior Court Rule 5 (b) including the right to counsel.
☐ LINEUP ORDER FILED
☐ Sworn Statement Filed Rule 5(c) Determination  ☐ Made  ☐ Waived

PLEA: ☐ Not Guilty
Count(s) _____  ☐ Guilty, JUDGMENT Guilty

**CONTINUED DATE** | **BOND CONDITIONS**
PREL. HEARING | BOND AMOUNT $
STATUS HEARING | ☐ CASH _____% ☐ SURETY
JURY TRIAL | ☒ PERSONAL RECOGNIZANCE
NON-JURY | ☐ Third Party Custodian
 | ☐ Contribution Ordered

☒ Defendant Advised of Penalties for Failure to Appear.
C 11-14-05 9AM DIST. CT.

Count(s) _____ Nolle Prosequi Prosecutor: _____

COURT REPORTER | TAPE ☐ | CLERK | JUDGE/COMM.
C10 | | M | JACKSON

☐ NEW COMMITMENT  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☐ NOT IN CUSTODY

**DISPOSED** | **PENDING**
CLOSED | CONT. PAY | ShowCause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated

A 11.11.05 pmg

PROBATION
☐ 163 FILED
ntence Date
port Due Date
te Jacket Ready For Probation
te Received in Probation
te Jacket Returned to Crim. Div.
Diversion
Date Admitted

A  B  C  D  E  F  G  H  I

DATE: _____   **FINAL DISPOSITION ONLY**

FILED NOV 1 4 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

Superior Court of the District of Columbia
**CRIMINAL DIVISION**
SPECIAL PROCEEDINGS

---

ount(s) _____ Nolle Prosequi Prosecutor: _____
OURT REPORTER  TAPE ☐  CLERK  JUDGE/COMM.
☐ NEW COMMITMENT EXECUTED  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☐ NOT IN CUSTODY