FO  1089364

AO442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

Qiyao Yuan

## WARRANT FOR ARREST

CASE NUMBER: 05 - 0599 M - 01

To:     The United States Marshal
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest_____ Qiyao Yuan _____
                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

        See Attached Affidavit

FILED

NOV 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title USA United States Code, Section(s) § 371 .

ALAN KAY
U.S. MAGISTRATE JUDGE

ALAN KAY
U.S. MAGISTRATE JUDGE

Name of Issuing Officer                          Title of Issuing Officer

NOV 09 2005 District of Columbia

Signature of Issuing Officer                     Date and Location

Bail fixed at $ _____     by _____
                                            Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11·9·05 | SEAN   McLEOD   SDUSM | S. McL |
| DATE OF ARREST 11·14·05 | | |