UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                                  :
                v.                :          Criminal No. 05-599 M-01
                                  :
                                  :
QIYAO YUAN                        :
                                  :
                Defendant.        :

## APPEARANCE OF COUNSEL

The Clerk of Court will please note my appearance as counsel of record for the

defendant herein.

|s|_G. Allen Dale_____
G. Allen Dale
Bar # 954537
601 Pennsylvania Ave. NW
Suite 900, South Bldg.
Washington, D.C. 20004
(202) 638-2900
gallendale@aol.com

## Certificate of Service

I hereby certify that a copy of this appearance of counsel has been served upon all
counsel of record in the above-captioned matter on the same date as this appearance was
filed with the Court.

|s| G. Allen Dale_____
G. Allen Dale