Case 1:05-mj-00599-AK   Document 7   Filed 03/10/2006   Page 1 of 1

AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_for the_ DISTRICT OF _Columbia_

UNITED STATES OF AMERICA

V.

Qiyao Yuan

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 05-599M-01

FILED
MAR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _Qiyao Yuan_, charged in a (complaint) (petition) pending in this District with _Conspiracy_ in violation of Title _18_, U.S.C., _371_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_[signature]_
Defendant

3-10-06
Date

_[signature]_
Counsel for Defendant
G. Allen Dale