UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 05-599M |
| | : | |
| QIYAO YUAN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE**

Comes now, the defendant, Qiyao Yuan, by and through counsel, G. Allen Dale, and respectfully submits the following Motion to Amend Conditions of Release.

### I. BACKGROUND

On November 13, 2005, Mr. Yuan was arrested and charged with a conspiracy, in violation of 18 U.S.C. § 371, to traffic goods knowingly using counterfeit marks.

On November 14, 2005, the Honorable Alan Kay, United States Magistrate Judge, released Mr. Yuan on personal recognizance. Conditions of Mr. Yuan's release included obtaining legal employment, residing at his home address, weekly telephone contact with pre-trial services, and to say within a fifty mile radius of the Washington, D.C. area.

Mr. Yuan's case has been continued on several occasions while the parties negotiate a disposition short of trial. Mr. Yuan's next scheduled court date is May 4, 2006.

### II. REQUEST TO AMEND CONDITONS OF RELEASE

Mr. Yuan has abided by all conditions of release. By this motion he asks the court to amend that condition of release requiring he remain within a 50 mile radius of the District of Columbia. Specifically Mr. Yuan requests that he be able to travel to Zanesville, Ohio. Mr. Yuan owns a business in Zanesville, Ohio. Due in part to this

arrest and his inability to travel to and from this business, it is now closed. Even though the business is closed, Mr. Yuan is obligated, under a lease agreement, to pay $3000 per month in rental for the premises and is obligated to pay real estate taxes on the business. (Mr. Yuan recently presented counsel with a check in the amount of $10,000 as partial payment of taxes.)  Further, under the lease agreement, Mr. Yuan has an option to buy the premises.  Therefore, he does not wish to break the lease.  Aside from the fact that he may still be liable for lease payments, he would lose his right to purchase the property, a property in which he already has a substantial vested interest.

By Mr. Yuan's adherence to his conditions of release over the past 5 months, he has demonstrated that he is not a risk of flight.  He is not asking the court to allow him totally free travel.  Indeed, his only desire is to be able to travel to Zanesville, Ohio approximately two to three times per month in an effort to get his business up and running again.  Wherefore, the defendant respectfully prays that the court grant his motion and sign the attached order allowing him to travel to Zanesville, Ohio.

The United States, by its representative, AUSA Corbin Weiss, does not oppose the Court allowing defendant one trip to Zanesville, Ohio prior to the next court date, at which time more general conditions of travel may be addressed.

Respectfully submitted,

_____/s/_____
G. Allen Dale
Bar No. 954537
601 Pennsylvania Ave NW
Suite 900, South Building
Washington, DC 20004
(202) 638-2900

2

3

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing motion has been served by first class mail this 27th day of April 2006 upon the following:

Assistant United States Attorney
Corbin Weiss Esq.
1301 New York Ave. NW
Suite 600
Washington, DC 20005

_____/s/_____
G. Allen Dale

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vi. | : | 05-599M |
| | : | |
| QIYAO YUAN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

This matter comes before the court upon on defendant's motion to amend conditions of release. Based upon defendant's pleading and the entire record herein, it is by this court this ___ day of April, 2006,

ORDERED, that the defendant's Motion be and the same hereby is GRANTED; and it is

FURTHER ORDERED, that the defendant's conditions of release be amended to allow him to travel to and from Zanesville, Ohio one time prior to the next scheduled court hearing; and it is

FUTHER ORDERED, that prior to the trip the defendant is to notify pre-trial services, indicating to pre-trial services when he expects to leave, where he will stay in Zanesville, Ohio, a telephone where he can be reached in Zanesville, Ohio and he is to notify pre-trial services immediately upon his return to the Washington, DC area; and it is

FUTHER ORDERED, that all other conditions of release shall remain in effect.

SO ORDERED!

_____
United States Magistrate Judge

2

Copies to:

G. Allen Dale
601 Pennsylvania Avenue
Suite 900, NW
Washington D.C. 20006


Corbin Weiss, Esq.
Assistant United States Attorney
1301 New York Ave. NW
Suite 600
Washington, D.C. 20005